**DISMISS; and Opinion Filed July 31, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-17-00562-CR
_____

### DEGETREION LATRELL SCOTT, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-41943-M**

## MEMORANDUM OPINION

Before Justices Francis, Brown, and Schenck
Opinion by Justice Schenck

On May 26, 2017, Degetreion Latrell Scott filed a notice of appeal and a motion to extend the time to file his notice of appeal. In the motion, appellant states his notice of appeal concerns an April 13, 2017 order modifying the terms and conditions of his community supervision imposed following his placement on deferred adjudication for unauthorized use of a motor vehicle. Appellant conceded that the Court might ultimately determine that it does not have jurisdiction over the modification order he wished to appeal. We make that determination today.

Rather than rule on appellant's motion for an extension of time to file his notice of appeal, the Court issued a letter to the parties requesting a letter brief to address whether the Court has jurisdiction over the appeal. In his letter brief, appellant conceded that there is no basis for the Court to exercise jurisdiction and review the trial court's modification order.

When a defendant is placed upon deferred adjudication, we have jurisdiction to review an order granting deferred adjudication and an order adjudicating guilt. *See Davis v. State*, 195 S.W.3d 708, 711 (Tex. Crim. App. 2006). An order modifying the terms and conditions of community supervision is not appealable. *See id.* Thus, there is no basis for the Court to extend the time to file a notice of appeal in a case over which it has no jurisdiction. *See id.*; *see also Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) (upon concluding it is without jurisdiction, court of appeals must dismiss appeal without taking any further action).

Appellant's May 26, 2017 motion for extension of time for filing his notice of appeal is **DENIED**. The appeal is **DISMISSED** for want of jurisdiction.


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2

170562F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DEGETREION LATRELL SCOTT, Appellant

No. 05-17-00562-CR

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-41943-M.
Opinion delivered by Justice Schenck.
Justices Francis and Brown participating.

V.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 31st day of July, 2017.